IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:02CR422
                             )
      v.                     )
                             )
CARLOS CARTER,               )           ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to reduce sentence (Filing No. 53), and the motion of Jeffrey L. Thomas to withdraw (Filing No. 56). The Court has reviewed this matter, specifically the plea agreement, and finds that the charge to which defendant entered a guilty plea involved powder cocaine. Accordingly, defendant is not entitled to any relief under the amended sentencing guidelines. Accordingly,

IT IS ORDERED:

1) Defendant's motion to reduce sentence is denied;

2) The motion to Jeffrey L. Thomas to withdraw is granted; Jeffrey L. Thomas and the Office of the Federal Public Defender for the District of Nebraska are deemed withdraw as counsel of record for defendant.

DATED this 17th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court