## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:02CR422 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CARLOS CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the Federal Public Defender's Office to withdraw as counsel for the defendant, Carlos Carter (Filing No. 74).   For good cause shown, the motion will be granted.  Attorney David A. Christensen, 11605 Miracle Hills Drive, Suite 300, Omaha, Nebraska, is hereby appointed to represent the above-named defendant for the remainder of these proceedings and shall forthwith file an appearance in this matter.  The Federal Public Defender's Office shall forthwith provide David A. Christensen with any materials obtained by them which are material to Carlos Carter's defense.  The clerk shall provide a copy of this order to the Federal Public Defender and David A. Christensen.

**IT IS SO ORDERED**.

DATED this 30th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge