IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR422 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS CARTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reconsider detention and request for hearing (Filing No. 77). The Court finds the motion to reconsider detention will be granted. No hearing will be held. Accordingly,

IT IS ORDERED:

1) Defendant shall be released to his attorney of record, David A. Christensen, for transportation to Williams Prepared Place on October 26, 2010.

2) The hearing on the petition for offender under supervision (Filing No. 64) is rescheduled for:

**Friday, January 7, 2011, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 21st day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court